■ CNP MECHANICAL, INC., Respondent, v ALLIED BUILDERS, INC., et al., Appellants. (Appeal No. 1.) [922 NYS2d 840]—Appeals from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered July 30, 2010 in a breach of contract action. The order granted judgment in favor of plaintiff and against defendants.

It is hereby ordered that said appeals are unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Scudder, P.J., Fahey, Carni, Green and Gorski, JJ.